**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.0.3**
**Eastern Division**

Performance Proxy Research LLC
            Plaintiff,

v.                 Case No.: 1:09−cv−06884
                 Honorable Milton I. Shadur

Microsoft Corporation
            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, January 26, 2010:

  MINUTE entry before Honorable Milton I. Shadur:Motion to clarify [31] is granted in accordance with this Court's oral ruling. Motion hearing held on 1/26/2010. Defendant has to February 5, 2010 to file affirmative defense of non−infringement. Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.